IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 6:12-cv-00792 MHS-CMC<br><br>JURY TRIAL DEMANDED |

**TWITTER, INC.'S NOTICE OF DISCLOSURE**

Defendant Twitter, Inc. ("Twitter") by and through its counsel hereby notifies the Court and all counsel herein that today it served *Twitter, Inc.'s Initial Disclosures* as required by the Court's Scheduling and Discovery Order. (Dkt. No. 66). These initial disclosures were served by electronic mail.

Dated: August 19, 2013

Respectfully submitted,

*/s/ Robert D. Tadlock*
ROBERT D. TADLOCK
KILPATRICK TOWNSEND & STOCKTON, LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Tel: (415) 576-0200; Facsimile: (415) 576-0300
Email: rtadlock@kilpatricktownsend.com

MICHAEL E. JONES, State Bar No. 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311; Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANT
TWITTER, INC.**

## **CERTIFICATE OF SERVICE**

This is to certify that on August 19, 2013, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

                               */s/ Robert D. Tadlock*
                               ROBERT D. TADLOCK

65636837V.1