UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | Case No.  CV 13-04207-KAW <br><br> ORDER GRANTING PLAINTIFF'S NOTICE OF DISASSOCIATION OF TEXAS COUNSEL AND REQUEST FOR ORDER REMOVING TEXAS COUNSEL FROM CM/ECF DISTRIBUTION <br><br> (Dkt. No. 84) |

Evolutionary Intelligence, LLC's Notice of Disassociation and Request for Order Removing Texas Counsel from CM/ECF Distribution (the "Request for Order Removing Texas Counsel from CM/ECF Distribution") came before this Court.  Having considered the Request for Order Removing Texas Counsel from CM/ECF Distribution, and finding good cause therefore, it is hereby ordered that the below-listed attorneys shall be and hereby are terminated as counsel of record for Evolutionary:

>   Charles Ainsworth (State Bar No.  00783521)
>   Robert Christopher Bunt (State Bar No. 00787165)
>   PARKER, BUNT & AINSWORTH, P.C.
>   100 E. Ferguson, Suite 1114
>   Tyler, TX 75702
>   903/531-3535
>   903/533-9687
>   E-mail: charley@pbatyler.com
>   E-mail: rcbunt@pbatyler.com

IT IS SO ORDERED.

Dated: September 30, 2013

KANDIS A. WESTMORE
United States Magistrate Judge